UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dish Network L.L.C., et al</u>

       v.                                   Civil No. 14-cv-266-PB

<u>Gerson Tendler</u>

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2015.  The plaintiffs' motion for default judgment (doc. 8) is granted for reasons set forth in the Report and Recommendation. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to

file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

    /s/ Paul Barbadoro
    _____
    Paul Barbadoro
    United States District Judge

Date: January 28, 2015

cc: Gerson Tendler
    Donald A. Kennedy , Esq.